IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| SHARON R. POLK | § | |
| vs. | § | CIVIL ACTION NO. 6:09CV142 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for such further administrative proceedings consistent with the findings of the Magistrate Judge. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the

findings above.  It is further

    **ORDERED** that any motion not previously ruled on is **DENIED**.

    **SIGNED this 21st day of March, 2011.**

                                                 MICHAEL H. SCHNEIDER
                                                 UNITED STATES DISTRICT JUDGE